1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-7169
7
Attorneys for Respondents
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | LUIS VASQUEZ PATINO,            )
                                    ) C 06-2920 MJJ
13 |           Petitioner,           )
                                    )
14 |   v.                            ) **STIPULATION TO DISMISS; AND**
                                    ) [PROPOSED] **ORDER**
15 | ALBERTO GONZALES, Attorney General of )
the United States, and DAVID STILL, Acting )
16 | District Director, San Francisco Office, )
U.S. Bureau of Citizenship and Immigration )
17 | Services,                       )
                                    )
18 |           Respondents.          )
                                    )
19

20 |   Petitioner, by and through his attorney of record, and Respondents, by and through their

21 | attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

22 | in light of the adjudication of Petitioner's adjustment of status application (Form I-485).

23 |   Each of the parties shall bear their own costs and fees.

24 | ///

25 | ///

26

27

28

Answer
C06-2920 MJJ                                    1

1 | Dated: February 27, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

*/s/ Edward A. Olsen*

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Respondents

8 | Dated: February 27, 2007

*/s/ Frank P. Sprouls*

FRANK P. SPROULS
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/1/2007

*/s/ Martin J. Jenkins*

MARTIN J. JENKINS
United States District Judge

Answer
C06-2920 MJJ

2

1 | Dated: February ____, 2007                    Respectfully submitted,

2                                                  SCOTT N. SCHOOLS
                                                   United States Attorney
3

4

5                                                  _____
                                                   EDWARD A. OLSEN
                                                   Assistant United States Attorney
6                                                  Attorney for Respondents

7

8 | Dated: February 27, 2007

                                                   _____
9                                                  FRANK P. SPROULS
                                                   Attorney for Petitioner
10

11
                                        **ORDER**
12
              Pursuant to stipulation, IT IS SO ORDERED.
13

14

15 | Date:
                                                   _____
                                                   MARTIN J. JENKINS
16                                                 United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Answer
C06-2920 MJJ                              2